Luke K. Chamberlain (SBN 358896)
MESSER STRICKLER BURNETTE, LTD.
142 W. Station Street
Barrington, IL 60010
Phone: (312) 216-1218
lchamberlain@messerstrickler.com

Attorney for Defendant
SCOTT & ASSOCIATES, PC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND**

| | |
|---|---|
| BRIAN KEITH SKINNER,<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC AND SCOTT & ASSOCIATES, PC,<br><br>Defendants. | Case No. 4:26-cv-04665-HSG<br><br>Judge Haywood S. Gilliam, Jr.<br><br>**ORDER APPROVING STIPULATION REGARDING DEFENDANT'S MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME** |

Having reviewed the Parties' Stipulation Regarding Defendant's Motion to File Answer Out of Time, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's Motion for Leave to File Answer Out of Time is GRANTED.
2. Defendant shall file its Answer within forty-eight (48) hours of the entry of this Order.
3. Plaintiff's Motion for Entry of Default is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: 7/31/2026

[signature] Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE