United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN KEITH SKINNER,

Plaintiff,

v.

LVNV FUNDING, LLC, et al.,

Defendants.

Case No. 26-cv-04665-HSG

**SCHEDULING ORDER**

A case management conference was held on August 25, 2026. Having considered the parties' proposal, *see* Dkt. No. 29, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | October 26, 2026 |
| Exchange of Opening Expert Reports | November 25, 2026 |
| Exchange of Rebuttal Expert Reports | December 31, 2026 |
| Close of Discovery | March 8, 2027 |
| Dispositive Motion Hearing Deadline | May 6, 2027, at 2:00 p.m. |
| Pretrial Conference | August 10, 2027, at 3:00 p.m. |
| Jury Trial (3 days) | August 23, 2027, at 8:30 a.m. |

//

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/26/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge